*Susan M. Hankins*, assistant public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* JEFFREY R. WIENER

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16396.

*Alice M. Sexton*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided October 12, 2000